Form 62 - SUITABLE WITH MILITARY, MAILING

**JON L NORINSBERG ESQ**  JON L NORINSBERG ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
--------------------------------------------------------

JASON MOLINA

                                          PLAINTIFF
                          - vs -

THE CITY OF NEW YORK, ET

                                          DEFENDANT
--------------------------------------------------------

index No. 10 CV 1370
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**JOSE ESPINAL** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16th day of June, 2010 at 12:03PM at**
**ONE POLICE PLAZA ROOM 1100 NEW YORK , NY 10038**
I served the **AMENDED,SUMMONS AND AMENDED COMPLAINT,**
Upon**DET.MATHTHEW REGINA SHIELD #2389**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **DET. (JOHN) LENIS CO-WORKER AUTHORIZED TO ACCEPT WHO REFUSED FIRST NAME** a person of suitable age and discretion.
         Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE** COLOR: **TAN** HAIR: **BROWN**
AGE: **39**   HEIGHT: **5/8** WEIGHT: **160**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
17TH day of JUNE, 2010

KENNETH WISSNER
Notary Public, NEW YORK
01WI4714130
Qualified in NEW YORK
Commission Expires 03/30/2014

JOSE ESPINAL 1278811
AETNA CENTRAL JUDICIAL SERVICES
255 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9-JLN-85009

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**JOEL GOLUB** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **17th day of June, 2010**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED**. That address being **the place of business of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
17TH day of JUNE, 2010

KENNETH WISSNER
Notary Public, NEW YORK
01WI4714130
Qualified in NEW YORK
Commission Expires 03/30/2014

JOEL GOLUB 701893
AETNA JUDICIAL SERVICE INC
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9-JLN-85009




U S POSTAL SERVICE    CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INS...
00  /AJ8
Received From **SUITE 1802**
**225 BROADWAY**
**NEW YORK NY 10007**

neopost